# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN M. TITI,<br><br>                              Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO MUNICIPALITY,<br><br>                              Defendant. | Case No.:  22-CV-1561 JLS (KSC)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

Presently before the Court is the Complaint filed by Plaintiff Kathryn M. Titi (ECF No. 1).  The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

   **IT IS SO ORDERED.**

Dated:  October 20, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge