UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathryn M. Titi,<br><br>        Plaintiff,<br><br>    v.<br><br>City of San Diego Municipality,<br><br>        Defendant. | Case Nos.<br><br>22-CV-1561-DMS-KSC<br><br>**ORDER (1) DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND (2) DISMISSING COMPLAINT WITHOUT PREJUDICE** |

Plaintiff Kathryn M. Titi, a non-prisoner proceeding *pro se*, has submitted a Complaint along with a request to proceed *in forma pauperis* ("IFP").

**I. Motion to Proceed IFP**

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $402.[1] *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $52. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)). The additional $52

prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999); *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (internal quotation marks and citations omitted).

Plaintiff has not prepaid the $402 in filing and administrative fees required to commence this civil action. Although Plaintiff has filed a Motion for Leave to Proceed IFP, she has not signed the section within her application designated as her "Affidavit in Support of the Application." (ECF No. 2.) Without her signature, the Court cannot accept her declaration as executed under penalty of perjury. *See* S.D. Cal. Civ. L.R. 3.2(b)). As a result, Plaintiff's case cannot yet proceed.

Even if Plaintiff's affidavit had been properly executed, it does not indicate her inability to pay the required filing and administrative fees. Plaintiff states her total monthly expenses amount to $5,300.00 and notes that her application does not include "other/small business costs." (*Id.*) However, she has had an average monthly income during the past 12 months in the amount of $8,856, presently receives gross monthly pay in the amount of $10,000, and has $866 in a checking account. (*Id.*)

## II.
## CONCLUSION AND ORDER

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** this action sua sponte without prejudice for failure to pay the $402 civil filing and administrative fee or to submit a properly supported Motion to Proceed IFP pursuant to 28 U.S.C. Section 1914(a) and Section 1915(a); and

(2) **GRANTS** Plaintiff **forty-five (45)** days leave from the date this Order is filed to: (a) prepay the entire $402 civil filing and administrative fee in full; or (b)

---

administrative fee does not apply to persons granted leave to proceed *in forma pauperis*. *Id.*

complete and file a properly executed Motion to Proceed IFP. *See* 28 U.S.C. §1915(a); S.D. Cal. Civ. L.R. 3.2(b).

If Plaintiff fails to either prepay the $402 civil filing fee or complete and submit a properly supported Motion to Proceed IFP within 45 days, this action will remain dismissed without prejudice based on Plaintiff's failure to satisfy the fee requirements of 28 U.S.C. Section 1914(a) and without further Order of the Court.

**IT IS SO ORDERED.**

Dated:  November 16, 2022

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court